UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROMANE ALCINE,

          Petitioner,

-vs-                                      Case No.  6:05-cv-1890-Orl-19JGG

SECRETARY, DEPARTMENT OF
CORRECTIONS, ATTORNEY GENERAL,
STATE OF FLORIDA,

          Respondents.
_____

## ORDER OF DISMISSAL

On January 3, 2006, the Court ordered Petitioner to file a computer printout of all the transactions in his prisoner account for the three months preceding the ifling of his petition (Doc. No. 4).  Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this ___31st_____ day of January, 2006.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc  1/31
Romane Alcine