UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROMANE ALCINE,

                Petitioner,

-vs-                                      Case No.  6:05-cv-1890-Orl-19JGG

SECRETARY, DEPARTMENT OF
CORRECTIONS, ATTORNEY GENERAL,
STATE OF FLORIDA,

                Respondents.
_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR RECONSIDERATION (Doc. No. 9)** |
| **FILED:** | February 13, 2006 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Petitioner has failed to demonstrate any basis for reconsideration of the Court's Order of January 31, 2006 (Doc. No. 8).

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _15th____ day of February, 2006.

_[signature]_
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 2/15
Romane Alcine